IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NICHOLAS ERIC MACKLIN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0136

Opinion filed March 2, 2015.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Nicholas Eric Macklin, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and MAKAR, JJ., CONCUR.